IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Office of The Attorney General,                  :
                              Petitioner         :
                                                 :
        v.                                       :
                                                 :
Narcotics Agents Regional                        :
Committee, FOP Lodge # 74,                       :
                              Respondent         :        No. 1553 C.D. 2015

# **O R D E R**

NOW, June 10, 2016, upon consideration of petitioner's application for reargument en banc, the application is denied.

MARY HANNAH LEAVITT,
President Judge